Case: 3:05-cv-00180-bbc   Document #: 11   Filed: 01/06/06   Page 1 of 2

Document Number  Case Number
05-C-0180-C
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
01/06/2006 02:53:13 PM CST

JACK D. WALKER
JAMES K. PEASE, JR.
JAMES K. RUHLY
THOMAS R. CRONE
PHILIP J. BRADBURY
SUSAN C. SHEERAN
DOUGLAS E. WITTE
DEVON R. BAUMBACH
DANIEL D. BARKER
JENIFER L. KRAEMER
CHARITY A. MCCARTHY
MICHAEL P. GALLAGHER

**MELLI, WALKER, PEASE & RUHLY, S.C.**
A SERVICE CORPORATION
ATTORNEYS AT LAW
TEN EAST DOTY, SUITE 900
P.O. BOX 1664
MADISON, WISCONSIN 53701-1664

SENDER'S E-MAIL ADDRESS: tromcrone@melliwalker.com

JOSEPH A. MELLI
OF COUNSEL

JOHN H. SHIELS
(1910 - 1995)

TELEPHONE (608) 257-4812
TELEFAX (608) 258-7470

January 6, 2006

VIA HAND DELIVERY AND E-MAIL

Honorable Barbara B. Crabb
United States District Judge
Western District of Wisconsin
120 North Henry Street
Madison, WI 53701-0432

   Re: Trenton Scheibe v. National Board of Medical Examiners
     Case No. 05-C-180-C

Dear Judge Crabb:

   Defendant National Board of Medical Examiners ("NBME") received Plaintiff's Motion to Dismiss Without Prejudice at its offices in Philadelphia, Pennsylvania today. Plaintiff did not serve the Motion to Dismiss on NBME's counsel of record. Plaintiff was aware that NBME is represented by Melli, Walker, Pease & Ruhly, S.C. in the present matter.

   The Court's deadline for filing dispositive motions is today, January 6, 2006. NBME has prepared its Motion for Summary Judgment which includes extensive materials and which NBME intended to file today. However, NBME requires additional time in which evaluate how to proceed in light of Plaintiff's eleventh hour Motion to Dismiss Without Prejudice.

   Therefore, in light of the unusual circumstances presented by Plaintiff's late filing, and upon the suggestion of the clerk's office, NBME respectfully requests a one week extension in which to file its Motion for Summary Judgment and/or respond to Plaintiff's Motion to Dismiss Without Prejudice.

             Very truly yours,

             Thomas R. Crone

TRC/bls

cc: National Board of Medical Examiners
   Trenton Scheibe

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

TRENTON SCHEIBE,

      Plaintiff,

v.                                    Case No. 05-C-180-C

NATIONAL BOARD OF MEDICAL EXAMINERS,

      Defendant.

---

### AFFIDAVIT OF SERVICE

---

STATE OF WISCONSIN   )
                                ) ss.
COUNTY OF DANE       )

      Betty L. Schubert, being first duly sworn on oath, deposes and says that she sent by first class mail, postage prepaid, on the 6th day of January, 2006, a copy of a letter to The Honorable Barbara B. Crabb in the above-captioned matter requesting extension of the Court's deadline for filing dispositive motions, addressed as follows:

      Trenton Scheibe
      1089 East Fremont Drive
      Tempe, AZ 85282

                                                            *Betty L. Schubert*
                                                            Betty L. Schubert

Subscribed and sworn to before me
this 6th day of January, 2006.

*Susan M. Abing*
Notary Public, State of Wisconsin
My commission expires 12/27/09