Document Number   Case Number
                  05-C-0180-C
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
02/02/2006 11:44:14 AM CST

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TRENTON SCHEIBE,

                                              ORDER

              Plaintiff,

                                            05-C-180-C

     v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Plaintiff Schiebe has advised the court that he does not agree to a dismissal of this action with prejudice. Accordingly, his notice of voluntary dismissal is considered to have been withdrawn. Because plaintiff's decision was not received by the court (and, presumably by defendant) until February 1, 2006, two days after the deadline established in the magistrate judge's order dated January 13, 2006 for him to announce his decision, the

1

parties may have an enlargement of time to Tuesday, February 7, 2006, in which to file dispositive motions.

Entered this 2nd day of February, 2006.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge