Document Number 022   Case Number 05–C–0180–C
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
02/07/2006 03:13:01 PM CST

# ELEMENTARY SCHOOL RECORD



| GRADE ENROLLED | Kdgn. | 1 | 2 | 3 | 4 | 5th | 6th | | | APTITUDE OR SPECIAL INTERESTS ENTER DATA WITH DATES |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME OF TEACHER | Young | Allaby | Zellner | Mai | Crosby | Kraus | Rinehart | | | |
| BUILDING | Jefferson | Lttl | Jefferson | Lincoln | Lincoln | Lincoln | Lincoln | | | |
| SCHOOL YEAR | 1974-75 | 75-76 | 76-77 | 77-78 | 78-79 | 79-80 | 80-81 | | | |
| SEMESTER | | | | | | | | | | |
| READING | | S | S | 2 | S+ | 10 B | B+ | | | A- |
| LANGUAGE ARTS | | S | E | E | A- | B+ | | | | A- |
| SCIENCE | | S | S | S+ | 18+ | A | | | | A- |
| MATHEMATICS | | S | E | 2 | S+ | A- | A | | | A |
| SPELLING | | S | E | 2 | S | B | A- | | | A- |
| SOCIAL STUDIES | | S | E | E | B | A+ | | | | A- |
| HISTORY | | | — | | | | | | | |
| HANDWRITING | | E | E | S+ | S | S | S | | | |
| MUSIC | | S | S | S | S | S | S | | | |
| AGRICULTURE | | | — | | | | | | | |
| HEALTH | | S | E | E | B+ | B | A | | | |
| ART | | S | S | S | S | S | G | | | |
| PHY. ED. | | S | S | S | S | S | Ex | | | |
| SCHOOL ATTITUDE | S | | S | E | | Good | S+ | | | |
| EFFORT IN WORK | S | | S | E | | Good | S+ | | | |
| DAYS ABSENT | 1 | 3½ | 0 | 0 | 10 | 1 | ½ | | | |
| TIMES TARDY | 0 | 0 | 1 | 0 | 0 | | | | | |
| PROMOTED TO | 1st Gr | | 2nd | 3rd | 4th | 5 | 6th | 7th | | |

TRANSFER, WITHDRAWAL, RE-ENTRY RECORD

| DATE | T-W-R | FROM OR TO | REASON |
|---|---|---|---|
| | | | |

*1. ILLNESS; 2. DEATH; 3. CHANGE OF ADDRESS; 4. WORK; 5. OVER SCHOOL AGE; 6. EXPULSION; 7. INSTITUTIONALIZED; 9. PROMOTED; 9. OTHER.

CREDITS SENT TO _____

EMPLOYMENT CERTIFICATE _____

PHOTOGRAPH WITH DATE, FINGERPRINTS, OR OTHER IDENTIFICATION

RECEIVED OCT 25 2004 Disability Services

## EDUCATIONAL TESTS AND EVALUATIONS

| NAME Scheibe, Trenton | | SCORE TYPE | VOCAB. | | | | WORD ST. SKILLS | | MATH COMP. | MATH APPLIC. | SPELL | | SOCIAL SCIENCE | SCIENCE | LST. COMP. | TOTAL READ. | TOTAL MATH. | TOTAL AUDITORY | | 3rd Grade |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GRADE 3 TEST DATE 3-31-76 | | OE | 4.0 | 7.3 | 2.3 | 3.0 | 2.4 | 3.0 | 3.0 | 2.3 | | | | 4.6 | 2.3 | 3.1 | 2.6 | | FM 11/77 |
| AGE 7 yr. 3 Mo. PUPIL NO. 20 | | NATL. PR-S | 6 | 6 | | | 6 | | 8 | | | | | 8 | 6 | | 6 | | 122.61 |
| OTHER INFORMATION | | LOC. PR-S | | | | | | | | | | | | | | | | | AGE NORMS |
| LVL __ FM __ NATL. NORMS | | SCALED SC | 60 | 64 | 64 | 70 | 72 | 32 | 92 | 93 | | | | 94 | 72 | 89 | 76 | | GRADE NORMS |
| STANFORD Achievement Test – 1973 Edition | | NO. RT. | | | | | | | | | | | | | | | | | LOCAL NORMS |
| Jefferson 1   10/75   Otis Lennon   J.   111   6-10   7-16 | | | | | | | | | | | | | | | | | | | |
| NAME Trenton Scheibe | | SCORE TYPE | VOCAB. | | | | WORD ST. SKILLS | | MATH COMP. | MATH APPLIC. | SPELL | | SOCIAL SCIENCE | SCIENCE | LST. COMP. | TOTAL READ. | TOTAL MATH. | TOTAL AUDITORY | | |
| GRADE TEST DATE 4-18-77 | | OE | 4.0 | | 3.5 | | 4.8 | | 3.1 | | 4.7 | | 20+ | 4.3 | 5.7 | | | | |
| AGE __ PUPIL NO. __ | | NATL. PR-S | | | | | | | | | 9 | | 7 | 9 | 9 | | | | |
| OTHER INFORMATION | | LOC. PR-S | | | | | | | | | | | | | | | | | |
| LVL __ FM __ NATL. NORMS | | SCALED SC | 60% | | 73% | | 78% | | 96% | | 54% | | 84% | 90% | 82% | | 96% | | |
| STANFORD Achievement Test – 1973 Edition | | NO. RT. | | | | | | | | | | | | | | | | | |

Exhibit No. 10

| | | SCORE TYPE | VOCAB. | RDG PART A | RDG PART B | WORD ST. SKILL | MATH CONCEPTS | MATH COMP. | MATH APPL. | SPELL. | LANG. | SOCIAL SCIENCE | SCIENCE | LIST COMP. | TOTAL RDG | TOTAL MATH | TOTAL AUDITORY | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME Scheibe Trento J | GRADE 3 TEST DATE 4/78 | GE | 4-7 | | | 4.5 | 4.8 | 6.0 | | 5.1 | 5.3 | 5.5 | 5.0 | 5.2 | 4.6 | 4.9 | | |
| AGE 9-04 PUPIL | NATL. PR-S | 74-6 | | | 66-6 | 62-6 | 90-8 | 64-6 | 78-7 | 76-6 | 71-7 | 86-7 | 80-7 | 66-6 | 52-8 | 78-7 | | |
| OTHER INFORMATION LVL Pri 3 FM A | NATL. NORMS 3.8 | LOC. PR-S SCALED SC | | | | | | | | | | | | | | | | |
| STANFORD Achievement Test - 1973 Edition | NO RT. | | | | | | | | | | | | | | | | | |
| NAME Scheibe Trent J | GRADE 4 TEST DATE 3/79 | GE | 5-7 | | | 7.7 | 8.3 | 7.6 | 6.6 | 6.8 | 7.6 | 8.2 | 7.9 | 5.7 | 8.2 | 8.7 | | |
| AGE 10-03 PUPIL NO. | NATL. PR-S | 70-6 | | | 90-8 | 86-7 | 92-8 | 86-7 | 88-7 | 84-7 | 88-7 | 94-8 | 68-6 | 92-8 | 70-6 | | | |
| OTHER INFORMATION LVL Int 1 FM A | NATL. NORMS 4.8 | LOC. PR-S SCALED SC | | | | | | | | | | | | | | | FAILURE ☐ | |
| STANFORD Achievement Test - 1973 Edition | NO RT. | | | | | | | | | | | | | | | | | |
| NAME Scheibe Trent J | GRADE 5 TEST DATE 4/80 | GE | 7-9 | | | 7.9 | 10.5 | 8.5 | 6.9 | 8.2 | 8.3 | 10.4 | 10.5 | 8.6 | 9.0 | 7.9 | | |
| AGE 11-04 PUPIL NO. | NATL. PR-S | 80-7 | | | 78-7 | 90-8 | 90-8 | 72-6 | 82-7 | 84-7 | 92-8 | 94-8 | 74-6 | 86-7 | 80-7 | | | |
| OTHER INFORMATION LVL Int 2 FM A | NATL. NORMS 5.8 | LOC. PR-S SCALED SC | | | | | | | | | | | | | | | | |
| STANFORD Achievement Test - 1973 Edition | NO RT. | | | | | | | | | | | | | | | | | |
| NAME Scheibe Trent J | GRADE 6 TEST DATE 4/81 | GE | 9-5 | | | 9.9 | 10.5 | 10.5 | 9.9 | 8.1 | 8.5 | 8.5 | 10.5 | 10.5 | 10.5 | 9.3 | | |
| AGE 12-03 PUPIL NO. | NATL. PR-S | 84-7 | | | 78-7 | 86-7 | 96-8 | 84-7 | 86-7 | 66-6 | 92-8 | 70-6 | 98-9 | 84-7 | 92-8 | 88-7 | 90-8 | |
| OTHER INFORMATION LVL Int 2 FM A | NATL. NORMS 6.8 | LOC. PR-S SCALED SC | | | | | | | | | | | | | | | NEGATIVE ☐ | |
| STANFORD Achievement Test - 1973 Edition | NO RT. | | | | | | | | | | | | | | | | | |

V—VISITED DOCTOR OR DENTIST (WITH DATE).

ENTERED BY PHYSICIAN

- THROAT
- LUNGS
- HEART
- NERVES
- LYMPH NODES
- ENDOCRINES
- DIGESTIVE ORGANS
- KIDNEYS

NOTE: ALL CODE MARKINGS SHOULD BE ENTERED ACCURATELY AND LEGIBLY.

EXAMINED BY: P-PHYSICIAN; N-NURSE; T-TEACHER

HAS PUPIL LIVED IN SAME HOME WITH CASE OF TUBERCULOSIS OF LUNGS ☐, GLANDS ☐, BONES ☐? IF SO, STATE HOW LONG, GIVING DATES IF POSSIBLE_____

COMMUNICABLE DISEASES: NOTATIONS_____

OPERATIONS: KIND, AGE, AND DATE_____

DOCTOR FOR EMERGENCY:_____

DIS...
SCARLET...
MEASLES
WHOOPIN...
SMALLPO...
CHICKEN...
GERMAN...
DIPHTHE...
MUMPS
TYPHOID
TONSILLI...
INFLUENZ...
PNEUMON...
POLIOMYE...
CHOREA
RHEUMAT...

SUBJE...
FREQUEN...
HEADACH...
EARACHE...

---

## DOCTOR'S RECORD

| DATE | DIAGNOSIS AND FOLLOW-UP WORK |
|---|---|
| Gr. 6 10/80 | I Q test  Otis Lennon Form R  I Q — 119 |

### STUDENT AID

| YEAR | ASSIGNMENT | SOU... |
|---|---|---|
| | | |

---

## PERSONALITY PROFILE

| | KGN. | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COURTESY | S | | | | | | | | | | | | | |
| COOPERATION | S | | | | | | | | | | | | | |
| LEADERSHIP | S | | | | | | | | | | | | | |
| RELIABILITY | S | | | | | | | | | | | | | |
| SELF CONTROL | S | | | | | | | | | | | | | |
| APPEARANCE | S | | | | | | | | | | | | | |
| POSTURE | S | | | | | | | | | | | | | |

### GUIDANCE DATA AND RECOMMENDATIONS

**NAME** Scheibe Trenton    STANDARDIZED EDUCATIONAL TESTS    ELEMENTARY/JR. HIGH

**GRADE 1** — LAST    FIRST    M

**GRADE 2**

**GRADE 3**

**GRADE 4**

**GRADE 5**

**GRADE 6**

**GRADE 7**

| NAME Scheibe Trent J | SCORE TYPE | VOCAB. | | | | | | | | SPELL. | LANG. | | SCIENCE | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GRADE 7 TEST DATE 4/82 | GE | 8-5 | | 12-2 | | 12-9 | 8-7 | 11-2 | | 11-5 | | | | | | | |
| AGE 13-04 PUPIL NO. | NATL. PR-S | 58-5 | | 92-8 | 89-9 | 60-6 | 89-8 | | 84-7 | | | | | | | | |
| OTHER INFORMATION | LOC. PR-S | 41-5 | | 89-8 | 91-8 | 55-5 | 85-7 | 76-6 | | 73-6 | | | | | | | |
| LVL Adv FM A NATL. NORMS. 7-8 | SCALED SC | | | | | | | | | | | | | | | | |

SCHEIBE TRENT J    Grade 8    Sex M

**GRADE 8**

DIFFERENTIAL APTITUDE TESTS

→ N=NATIONAL    Test date 5/04/83 Form V    Norm group GR 8 SPRING

| | Norm N | Sex M | Raw Score | Verbal Reasoning | Numerical Ability | VR + NA | Abstract Reasoning | Clerical Sp & Acc | Mechanical Reasoning | Space Relations | Spelling | Language Usage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Percentile | | | | 70 | 95 | 85 | 95 | 95 | 50 | 85 | 75 | 97 |

| GRADE K | DATE 4-83 | TEST Otis-Lennon | FORM K | C.A. 14-05 | M.A. | I.Q. OR P.A. 112 |
|---|---|---|---|---|---|---|

**(GUM BACKED TEST LABELS SHOULD BE PLACED IN THE APPROPRIATE AREAS PROVIDED)**

NAME  *Scheibe, Trent*

# STANDARDIZED EDUCATIONAL TESTS

SENIOR HIGH

## GRADE 9

**Stanford TEST OF ACADEMIC SKILLS**

SCHEIBE TRENT J
GR 9  NORMS GR 9.8
LEVEL TASK 1 FORM E
STUDENT NO
OTHER INFO
AGE 15-3   TEST DATE 3/30/84

| SCORE TYPE | READING COMP | READING VOCAB | SPELLING | ENGLISH | MATH | SOCIAL SCIENCE | SCIENCE |
|---|---|---|---|---|---|---|---|
| RS/NO POSS | 46/ 50 | 35/ 37 | 37/ 40 | 51/ 54 | 46/ 48 | 48/ 50 | 49/ 50 |
| NAT'L PR-S | 83 – 7 | 83 – 7 | 77 – 6 | 77 – 6 | 97 – 9 | 95 – 8 | 99 – 9 |
| LOCAL PR-S | 78 – 7 | 63 – 6 | 61 – 6 | 87 – 7 | 93 – 8 | 91 – 8 | 95 – 8 |
| GRADE EQUIV | PHS | PHS | PHS | PHS | PHS | PHS | PHS |

| SCORE TYPE | USING INFO | READING | TOTAL ENGLISH | BASIC BAT TOT | COMPLETE BAT TOT |
|---|---|---|---|---|---|
| RS/NO POSS | 40/ 41 | 81/ 87 | 88/ 94 | 215/229 | 312/329 |
| NAT'L PR-S | 98 – 9 | 85 – 7 | 90 – 8 | 83 – 7 | 95 – 8 |
| LOCAL PR-S | 95 – 8 | 76 – 6 | 79 – 7 | 78 – 7 | 87 – 7 |
| GRADE EQUIV | PHS | PHS | PHS | PHS | PHS |

## GRADE 10

## GRADE 11

| STUDENT NAME | | YEAR | GRADE | VERBAL | VERBAL %ILE | MATH | MATH %ILE | SELECTION INDEX | SEL. IND. %ILE |
|---|---|---|---|---|---|---|---|---|---|
| SCHEIBE | TRENTON J | 85 | JR | 47 | 72 | 52 | | 146 | 7 |

PSAT/NMSQT

LAST SCHEIBE
TEST DATE MAY 86   GRADE 11
FIRST TRENT J
SAT V 490  Read. 51  Voc. 47  SAT M 620  TSWE 59
ACH 1   ACH 2   ACH 3
ADMISSIONS TESTING PROGRAM
The College Board

| NAME OF STUDENT | | DATE TESTED | | HIGH SCHOOL GRADES | | | |
|---|---|---|---|---|---|---|---|
| SCHEIBE TRENT J | | 04 | 86 | A | A | A | A |

The American College Program

| | STANDARD SCORES | | | | | COLLEGE BOUND PERCENTILES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | ENG | MATH | SOC S | 8.SCI | COMP | ENG | MATH | SOC S | 8.SCI | COMP |
| ACT | 28 | 28 | 24 | 27 | 27 | 97 | 92 | 79 | 81 | 92 |

## GRADE 12

**Stanford TEST OF ACADEMIC SKILLS**

SCHEIBE TRENT J
GR 11  NORMS GR 11.8
LEVEL TASK 2 FORM E
STUDENT NO
OTHER INFO
AGE 17-3   TEST DATE 3/25/86

| SCORE TYPE | READING COMP | READING VOCAB | SPELLING | ENGLISH | MATH | SOCIAL SCIENCE | SCIENCE |
|---|---|---|---|---|---|---|---|
| RS/NO POSS | 44/ 50 | 34/ 37 | 34/ 40 | 49/ 54 | 46/ 48 | 49/ 50 | 45/ 50 |
| NAT'L PR-S | 70 – 6 | 78 – 7 | 71 – 6 | 73 – 6 | 91 – 8 | 97 – 9 | 80 – 7 |
| LOCAL PR-S | 65 – 6 | 75 – 6 | 68 – 6 | 91 – 8 | 94 – 8 | 95 – 8 | 80 – 7 |
| GRADE EQUIV | PHS | PHS | PHS | PHS | PHS | PHS | PHS |

| SCORE TYPE | USING INFO | READING | TOTAL ENGLISH | BASIC BAT TOT | COMPLETE BAT TOT |
|---|---|---|---|---|---|
| RS/NO POSS | 29/ 30 | 78/ 87 | 83/ 94 | 207/229 | 301/329 |
| NAT'L PR-S | 98 – 9 | 72 – 7 | 86 – 7 | 85 – 7 | 85 – 7 |
| LOCAL PR-S | 90 – 8 | 69 – 6 | 83 – 7 | 75 – 6 | 80 – 7 |
| GRADE EQUIV | PHS | PHS | PHS | PHS | PHS |

LAST SCHEIBE
FIRST TRENT   M.I.
TEST DATE NOV 86   GRADE 12
SAT V 490  Read. 51  Voc. 48  SAT M 680  TSWE 54
ACH 1   ACH 2   ACH 3
ADMISSIONS TESTING PROGRAM
The College Board

Scheibe, Trenton James
STUDENT

**FINAL GRADE RECORD OF PUPIL**
(OFFICE)

| SUBJECT | Kindergarten Year 74-75 | First Grade Year 75-76 | Second Grade Year 76-77 | Third Grade Year 77-78 | Fourth Grade Year 78-79 | Fifth Grade Year 79-80 | Sixth Grade Year 80-81 |
|---|---|---|---|---|---|---|---|
| Reading | | S | S | 2 S+ | 2nd B | 3rd B+ | 4th A- |
| Spelling | | S | E | 2 S | | B | A- |
| Lang. or Gr. | | S | E | E | | A- | B+ | A- |
| Geography | | | — | | | | |
| Arithmetic | | S | E | 2 S+ | A- | A- | A |
| Art | | S | S | S | S | S | S |
| Writing | | E | E | S+ | S | S | S |
| Music | | S | S | S | S | S | |
| History | | | — | | | | |
| Sc. | | S | S | S+ | B+ | A- | A- |
| Soc. St. | | S | E | S | B | A- | A- |
| Physical Ed. | | S | S | S | E | S | E |
| Health | | S | E | E | B+ | B | A |
| Date Promoted | 6/3/75 | 5/28/76 | 6/3/77 | 5/31/78 | 5/25/79 | 5-29-80 | 5-29-81 |
| Teacher | M. Young | Allaby | Zaellnan | Mai | CASKEY | Kraus | D Reinhart |
| Days Absent | 1 | 3½ | 0 | 0 | 10 | 1 | ½ |
| Times Tardy | 0 | 0 | 1 | 0 | 0 | | 0 |
| Conduct | Good | Good | Good | | | Good | |
| Health | Good | Good | Good | | | Good | |

Parent or Guardian  Scheibe, Paul

Permanent Address  305 E. 25th. St.

Place  Sheboygan, Wis.

Date of Birth, Month 12  Day 19  Year 68



# MARSHFIELD HIGH SCHOOL CUMULATIVE RECORD FORM

| | | | |
|---|---|---|---|
| NAME Scheibe, Trent J. | ADDRESS 1507 S. Maple | M (X) F ( ) BIRTHDAY 12/19/68 | PHONE 387-3227 |
| ENTERED FROM Marshfield Jr. High | DATE ENTERED   FATHER Paul | WHERE FATHER WORKS | Unemployed |
| RANK 6 IN A CLASS OF 281 | DATE OF GRADUATION 6-7-87   MOTHER Bonnie | WHERE MOTHER WORKS | St. Joseph's Hospital |
| 8 SEMESTER | | | |

| DIST-9539 SCH-560 1983-84 CR | GRADE 10 19 -19 | GP | GR | CR | GRADE 11 19 -19 | GP | GR | CR | GRADE 12 19 -19 | GP | GR | CR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCHEIBE TRENTON J GRADE-09 | GRADE-10 1984-85 | | | | GRADE-11 1985-86 | | | | GRADE-12 1986-87 | | | |
| YTD- 4.354 | P-176.5 A-001 T-000 | | | | P-175.5 A-002 T-000 | | | | P-175.0 A-002 T-000 | | | |
| P-179.0 A-001 HDA-000 T-000 | YTD- 4.45CUM- 4.404 | | | | YTD- 4.52CUM- 4.449 | | | | YTD- 4.42CUM- 4.443 | | | |
| | PREV.CREDITS 8.50 | | | | PREV.CREDITS 16.50 | | | | PREV.CREDITS 25.50 | | | |
| HOME EC I R A- 0.50 | PHY ED 10 R A+ 0.50 | | | | SS PER TYP RA+ 0.50 | | | | SS CONS ED RA 0.50 | | | |
| EARTH SCI H A- 1.00 | CHEM H A+ 1.00 | | | | SS COMP LITRA 0.50 | | | | SS AM GOVT RA 0.50 | | | |
| EL ALGEBRA H A- 1.00 | AV ALGE H A 1.00 | | | | PHY ED 11 R A+ 0.50 | | | | ANAT-PHY H A- 0.50 | | | |
| US HIST I H A- 1.00 | US HIST II R A 1.00 | | | | CHEM ANA H A+ 0.50 | | | | ADV MATH H A 1.00 | | | |
| ENGLISH I R A 1.00 | ENG I H A 1.00 | | | | PHYSICS H A+ 1.00 | | | | PSYCHOLOGY R A 0.50 | | | |
| LATIN II H A 1.00 | SCH NWSPPR R A 0.50 | | | | GEOMETRY H A 1.00 | | | | CRIM R A 0.50 | | | |
| PHY ED 9 R A 0.50 | SPEECH I R A 0.50 | | | | WEST CIV H A 1.00 | | | | CON AFFS H A 1.00 | | | |
| PHY ED 9 R A 0.50 | PHY ED 10 R A+ 0.50 | | | | SCH NWSPPR R A+ 0.50 | | | | NEWSPAPER R A+ 0.50 | | | |
| ORCHESTRA R A 1.00 | HEALTH ED R A 0.50 | | | | ENG III H A- 1.00 | | | | CT RD WK H A- 0.50 | | | |
| ADV BAND R A 1.00 | DRIVER ED R A 0.50 | | | | SPANISH I R A 1.00 | | | | SPANISH II R A+ 1.00 | | | |
| | BAND R A 1.00 | | | | PHY ED 11 RA A 0.50 | | | | BAND R A 1.00 | | | |
| | TTL CREDITS 16.50 | | | | BAND R A 1.00 | | | | TTL CREDITS 33.00 | | | |
| | | | | | TTL CREDITS 25.50 | | | | | | | |
| TOTAL CREDITS- 8.50 | | | | | | | | | | | | |
| TOTAL CREDITS- 8.50 | | | | | | | | | | | | |
| TOTALS | TOTALS | | | | TOTALS | | | | TOTALS | | | |

### TRANSFER - WITHDRAWAL - RE-ENTRY RECORD

| DATE | T - W - R | FROM OR TO | REASON |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

PRINCIPAL _____

DATE JUN 10 2003

**Unofficial**

### COUNSELOR'S NOTES

| | DATE | | BY WHOM | DATE | | BY WHOM |
|---|---|---|---|---|---|---|
| 100 | 9-18-85 | A.F.S. | mh | 6-25-87 | Marquette U- Final | mh |
| 100 | 9-18-86 | Marquette University | mh | 9-25-92 | Personal | DS |
| 100 | 9-24-86 | UW Madison | mh | | | |
| 100 | 2-2-87 | National Basketball Association Scholarship | mh | | | |
| 100 | 2-23-87 | WICPA Accounting Scholarship | mh | | | |
| 100 | 3-25-87 | Wisconsin Intellectual Brokers Association Scholarship | mh | | | |

## EXTRA-CURRICULAR ACTIVITIES

| ACTIVITY | 9 | 10 | 11 | 12 | SPECIAL HONORS |
|---|---|---|---|---|---|
| BASEBALL | ι | | | | |
| BASKETBALL | ✓ | ✓ | ✓ | ✓ | |
| CROSS COUNTRY | | | | | |
| FOOTBALL | ι | ✓ | ✓ | ✓ | Tiger Award MVP-9 |
| GOLF | | | | | |
| SWIMMING | | | | | |
| TENNIS | | | | | |
| TRACK | | ✓ | ✓ | ✓ | |
| WRESTLING | | | | | |
| AFS CLUB | | | | | |
| ANNUAL | | | | | |
| CHEERLEADER | | | | | |
| CLASS OFFICER | | ✓ | | | Pres |
| DRAMATICS | | | | | |
| FORENSICS | | | | | |
| NEWSPAPER | | ✓ | ✓ | ✓ | News Editor |
| FHA | | | | | |
| FFA | | | | | |
| Scouting | ✓ | ✓ | ✓ | | Eagle Scout, Religious, Regional Leadership award |
| Explorers | | ✓ | ✓ | | |

| ACTIVITY | 9 | 10 | 11 | 12 | SPECIAL HONORS |
|---|---|---|---|---|---|
| GYMNASTICS | | | | | |
| GERMAN CLUB | | | | | |
| FRENCH CLUB | | | | | |
| M CLUB | | | ✓ | ✓ | |
| NH SOCIETY | | | ✓ | ✓ | Service Coordinator |
| SCHOOL FOREST | ✓ | | | | |
| STUDENT COUNCIL | ✓ | ✓ | ✓ | ✓ | Treas. |
| RADIO CLUB | | | | | |
| VOLLEYBALL | | | | | |
| PEP CLUB | | | | | |
| DECA CLUB | | | | | |
| MADRIGAL | | | | | |
| SOLOS | | ✓ | | | |
| ENSEMBLES | | ✓ | | | State 1st |
| FBLA | | | | | |
| POM PON | | | | | |
| EMPLOYMENT | ✓ | ✓ | | | |
| LIBRARY CLUB | | | | | |
| HOCKEY | | ✓ | | | Most Valuable Player |

Junior Prom King
Marquette University Scholarship
Marshfield Student Council Scholarship
Marshfield Journalism Scholarship
President's Academic Fitness Award
M.T.A. Honor Roll Award 40+ (7 sem.)
Youth Rotary-12

Driver Training Certification
30 Hours Classroom Instruction
6 Hours
Behind the Wheel Practice
Date 7-15-85



**MU Marquette University**
Milwaukee, Wisconsin

Office of the Reg.

| S-100 | SCHEIBE SURNAME | TRENTON FIRST NAME | JAMES SECOND NAME | CARD ① |
|---|---|---|---|---|

**Entrance Information**

Identifier  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

Sex  **MALE**

Date of Birth  **DECEMBER 19, 1968**

Place of Birth  **SHEBOYGAN, WI**

High School of Graduation  **MARSHFIELD SENIOR HIGH SCHOOL** **MARSHFIELD, WI 54449**

H.S. Graduation Date  **JUNE, 1987**

Admitted Into College/Program  **BUSINESS ADMINISTRATION DAY**

Degree/Non-Degree  **DEGREE**

Date  **AUGUST, 1987**

| SAT | - Verbal | 490 |
|---|---|---|
| | - Math | 680 |
| ACT | - English | 28 |
| | - Math | 28 |
| | - Soc. Sci. | 24 |
| | - Nat. Sci. | 27 |
| | - Composite | 27 |

**Advanced Standing**

**Summary of Degree Credits**

| | O.P. Hours | Degree Hours | Quality Points |
|---|---|---|---|
| Marquette / Transfer | | | |
| Advanced Standing | 130.0 | 131.0 | 459.0 |
| Total | 130.0 | 131.0 | 459.0 |

**Graduation Summary**

Degree  **HONORS BACHELOR OF SCIENCE**

Date  **MAY 19, 1991**

Major(s)  **ACCOUNTING**

Minor(s)

Honors  **cum laude**

G.P.A.  **3.530**

| Dept. | Course Number | Title Of Course | Grade | O.P. Hours | Degree Hours | Quality Points | Dept. | Course Number | Title Of Course | Grade | O.P. Hours | Degree Hours | Quality Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **FIRST SEMESTER 1987-88** | | | | | | | **SECOND SEMESTER 1988-89** | | | | |
| BUEX | 001 | ORIENTATION-BUS. ADM | S | | 1 | | ACCO | 040 | INTERMEDIATE ACCT | AB | 3 | 3 | 10.50 |
| *ENGL | 005 | MAN AND MYTH 1 | AB | 3 | 3 | 10.50 | ECON | 044 | PRIN MACROECONOMICS | AB | 3 | 3 | 10.50 |
| *HIST | 001 | GROWTH WEST CIVIL 1 | B | 3 | 3 | 9.00 | MANA | 156 | BEHAVIOR AND ORG | A | 3 | 3 | 12.00 |
| MANA | 030 | BUSINESS INFO SYSTS | A | 3 | 3 | 12.00 | *PHIL | 100 | THEORY OF ETHICS | A | 3 | 3 | 12.00 |
| MSCS | 070 | FINITE MATHEMATICS | A | 3 | 3 | 12.00 | POSC | 040 | COMPARATIVE POLITICS | AB | 3 | 3 | 10.50 |
| SPAN | 003 | INTERMEDIATE 1 | A | 3 | 3 | 12.00 | THEO | 132 | THEO OF SALVATION | AB | 3 | 3 | 10.50 |
| | | 15-16- 55.50 | | 15.0 | 16.0 | 55.50 | | | 18.0- 18.0 253.50 | | 18.0 | 18.0 | 63.00 |
| | | **SECOND SEMESTER 1987-88** | | | | | | | **FIRST SEMESTER 1989-90** | | | | |
| *ENGL | 006 | MAN AND MYTH 2 | AB | 3 | 3 | 10.50 | ACCO | 121 | ADV ACCOUNTING 1 | B | 3 | 3 | 9.00 |
| *HIST | 002 | GROWTH WEST CIVIL 2 | AB | 3 | 3 | 10.50 | ACCO | 127 | LEGAL ENVIRON BUSIN | B | 3 | 3 | 9.00 |
| MANA | 025 | BUSINESS STATISTICS | A | 3 | 3 | 12.00 | ACCO | 132 | COST ACCOUNTING | A | 4 | 4 | 12.00 |
| MSCS | 079 | ELEMENTS OF CALCULUS | A | 3 | 3 | 12.00 | ECON | 110 | INTER MICROECON ANLY | AB | 3 | 3 | 10.50 |
| *POSC | 060 | INTERNATIONAL POL | AB | 3 | 3 | 10.50 | *THEO | 197 | COLLOQUIUM | AB | 3 | 3 | 10.50 |
| SPAN | 004 | INTERMEDIATE 2 | A | 3 | 3 | 12.00 | | | KINGDOM & COMMUNITY | | | | |
| | | 17-18- 1.30 | | 18.0 | 18.0 | 67.50 | | | 15-16- 30.50 | | 16.0 | 16.0 | 51.00 |
| | | **FIRST SEMESTER 1988-89** | | | | | | | **SECOND SEMESTER 1989-90** | | | | |
| ACCO | 030 | PRIN FINANCIAL ACCT | A | 3 | 3 | 12.00 | ACCO | 122 | ADV ACCOUNTING 2 | | | | |
| ECON | 043 | PRIN MICROECONOMICS | A | 3 | 3 | 12.00 | *ACCO | 128 | BUSINESS LAW | AB | 3 | 3 | 10.50 |
| MANA | 026 | INTERMED BUSIN STAT | A | 3 | 3 | 12.00 | FINA | 180 | INTRO FINANCIAL MGT | AB | 3 | 3 | 10.50 |
| *PHIL | 050 | PHIL OF HUMAN NATURE | B | 3 | 3 | 9.00 | MARK | 140 | INTRO TO MARKETING | B | 3 | 3 | 9.00 |
| *POSC | 020 | AMERICAN POLITICS | AB | 3 | 3 | 10.50 | *PHIL | 105 | CONTEMP ETHICAL PROB | A | 3 | 3 | 12.00 |
| *THEO | 001 | INTRO TO THEOLOGY | A | 3 | 3 | 12.00 | | | | A | 3 | 3 | 9.00 |
| | | 51-52- 190.50 | | 18.0 | 18.0 | 67.50 | | | 15.0 15.0 51.00 | | 15.0 | 15.0 | 51.00 |

THIS NON-COMPUTER GENERATED FORM MUST BE SUPPLEMENTED WITH A COMPUTER GENERATED PAGE FOR THIS TRANSCRIPT

REGISTRAR



BACK OF PERMANENT RECORD CARD

OFFICE OF THE REGISTRAR
**MU Marquette University**

SCHEIBE TRENTON JAMES

| Course Number | Title Of Course | Grade | Q.P. Hours | Degree Hours | Quality Points | Dept. | Course Number | Title Of Course | Grade | Q.P. Hours | Degree Hours | Quality Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FIRST SEMESTER 1990-91 | | | | | | | | | | | | |
| ACCO 133 | * AUDITING PRIN/PROCED | B | 3 | 3 | 9.00 | | | | | | | |
| ACCO 134 | * INDIVID INCOME TAX | B | 3 | 3 | 9.00 | | | | | | | |
| ACCO 140 | * FINANCIAL STATEMENTS | AB | 3 | 3 | 10.50 | | | | | | | |
| MANA 170 | * OPERATIONS MGT | A | 3 | 3 | 12.00 | | | | | | | |
| MANA 181 | BUSIN & ITS ENVIRON | B | 3 | 3 | 9.00 | | | | | | | |
| | | | 15.0 | 15.0 | 49.50 | | | | | | | |

115- 116 - 405.co

| Course Number | Title Of Course | Grade | Q.P. Hours | Degree Hours | Quality Points | Dept. | Course Number | Title Of Course | Grade | Q.P. Hours | Degree Hours | Quality Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SECOND SEMESTER 1990-91 | | | | | | | | | | | | |
| ACCO 135 | TAX CORP/PART/TRUSTS | B | 3 | 3 | 9.00 | | | | | | | |
| ACCO 143 | * ACCOUNTING THEORY | AB | 3 | 3 | 10.50 | | | | | | | |
| FINA 187 | * CASES IN FINAN MGT | AB | 3 | 3 | 10.50 | | | | | | | |
| MANA 160 | MGT HUMAN RESOURCES | A | 3 | 3 | 12.00 | | | | | | | |
| MANA 182 | BUSINESS POLICIES | A | 3 | 3 | 12.00 | | | | | | | |
| | | | 15.0 | 15.0 | 54.00 | | | | | | | |

130 - 131 - 459.co

THIS NON-COMPUTER GENERATED PAGE MUST BE SUPPLEMENTED WITH A COMPUTER GENERATED PAGE FOR THIS TRANSCRIPT TO BE COMPLETE

THIS NON-COMPUTER GENERATED PAGE MUST BE SUPPLEMENTED WITH A COMPUTER GENERATED PAGE FOR THIS TRANSCRIPT TO BE COMPLETE

ISSUED TO STUDENT

MEMORANDA  *Honors courses

OCT 29 1996

UNIVERSITY REGISTRAR

OFFICE OF THE REGISTRAR

**MU Marquette University**

Milwaukee, WI 53233

| HEIBE | TRENT ON | JAMES | CARD 2 |
|-------|----------|-------|--------|
| SURNAME | FIRST NAME | SECOND NAME | |

**LAW SCHOOL RECORD**

| IDENTIFIER | SEX | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|---|
| 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 | M | DECEMBER 19, 1968 | SHEBOYGAN, WI |

| COLLEGES ATTENDED | DATES ATTENDED | UNDERGRADUATE DEGREE | DATE |
|---|---|---|---|
| MARQUETTE UNIVERSITY | 8/87-5/91 | BACHELOR OF SCIENCE | MAY 19, 1991 |
| | | CONFERRED BY | |
| | | MARQUETTE UNIVERSITY | |

| MATRICULATED | ADVANCED STANDING CREDITS ACCEPTED FROM | SEMESTER HOURS | DEGREE GRANTED | DATE GRANTED | ADMITTED TO BAR |
|---|---|---|---|---|---|
| AUGUST 1991 | | | HONORS | | WISCONSIN SUPREME COURT |
| WHEN FIRST MATRICULATED | | | FINAL AVERAGE | RANK IN CLASS | |

**FIRST SEMESTER 1991-92**

| Course | | Grade | Semester Hours Attempted | Semester Hours Earned | Grade Points |
|---|---|---|---|---|---|
| LAW 500 | LGL REAS/RSCH/WRIT 1 | AB | 2 | 2 | 7.00 |
| LAW 504 | CONTRACTS 1 | B | 3 | 3 | 9.00 |
| LAW 506 | CRIMINAL LAW | AB | 3 | 3 | 10.50 |
| LAW 507 | PROPERTY 1 | B | 3 | 3 | 9.00 |
| LAW 509 | TORTS 1 | B | 3 | 3 | 9.00 |
| | TERM AVERAGE = 3.178 | | 14.0 | 14.0 | 44.50 |
| | TOTAL AVERAGE = 3.178 | | 14.0 | 14.0 | 44.50 |

**SUMMER SESSION 1 1992**

| Course | | Grade | Semester Hours Attempted | Semester Hours Earned | Grade Points |
|---|---|---|---|---|---|
| CHEM 001 | GENERAL CHEMISTRY 1 | AB | 4 | 4 | 14.00 |
| PHYS 001 | GENERAL PHYSICS 1 | AB | 4 | 4 | 14.00 |
| | TOTAL AVERAGE = 3.083 | | 30.0 | 30.0 | 92.50 |

**SECOND SEMESTER 1991-92**

| Course | | Grade | Semester Hours Attempted | Semester Hours Earned | Grade Points |
|---|---|---|---|---|---|
| LAW 501 | LGL REAS/RSCH/WRIT 1 | B | 1 | 1 | 3.00 |
| LAW 502 | CIVIL PROCEDURE 1 | B | 3 | 3 | 9.00 |
| LAW 503 | CONSTITUTIONAL LAW | B | 3 | 3 | 9.00 |
| LAW 505 | CONTRACTS 1 | BC | 3 | 3 | 7.50 |
| LAW 508 | PROPERTY 2 | AB | 3 | 3 | 10.50 |
| LAW 510 | TORTS 2 | B | 3 | 3 | 9.00 |
| | TERM AVERAGE = 3.000 | | 16.0 | 16.0 | 48.00 |
| | TOTAL AVERAGE = 3.083 | | 30.0 | 30.0 | 92.50 |

THIS NON-COMPUTER GENERATED PAGE MUST BE SUPPLEMENTED WITH A COMPUTER GENERATED PAGE FOR THIS TRANSCRIPT TO BE COMPLETE.

MICROFILMED — SEP '94

ISSUED TO

THIS NON-COMPUTER GENERATED PAGE MUST BE SUPPLEMENTED WITH A COMPUTER GENERATED PAGE FOR THIS TRANSCRIPT TO BE COMPLETE.

OCT 19 1996

UNIVERSITY REGISTRAR



# Marquette University

Office of the Registrar
Milwaukee, Wisconsin 53201-1881

A transcript is official when it bears an embossed University seal
and the signature of the University Registrar.

Student Name: TRENTON JAMES SCHEIBE

Identification #  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

Date Issued:  October 29, 1996

Page:  1 of 1

Send To:
TRENTON JAMES SCHEIBE
4211 CLAY HILL
APARTMENT #810
HOUSTON TX 77084
ISSUED TO STUDENT

RECEIVED
OCT 2 5 2004
Disability Services

Note: This Computer Generated Page must be supplemented with a
Non Computer Generated Page for this to be a Complete Transcript.

**FALL TERM 1992**

| Course | Title | Credit | Grade | Note |
|--------|-------|--------|-------|------|
| LAW 563 | JUDICL INTERN-TRIAL | 2.0 | W | |
| | Withdrew Course on 09/18/92 | | | |
| LAW 520 | TRUSTS AND ESTATES | 3.0 | B | |
| LAW 515 | EVIDENCE 1 | 3.0 | C | |
| LAW 517 | PROF RESPONSIBILITY | 3.0 | B | |
| LAW 511 | CIVIL PROCEDURE 2 | 3.0 | B | |

Semester Totals:   12.0 Hours;   12.0 Earned;   33.00 Quality Pts.;   2.750 GPA

*End of Course Listing.*

*End of Transcript*

VALID ONLY IF SEAL IS EMBOSSED
AND SENT TO IN FULL SEAL
ROSTURE IF NONE UNLESS REQUIRED
TO WITHDRAW IF INDICATED

OCT 29 1996

UNIVERSITY REGISTRAR

UNIVERSITY OF HOUSTON
Houston, Texas 7204-2161
ACADEMIC TRANSCRIPT

DOB: 12/19/1968
SSN: 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

10/25/96
PAGE 1

Trenton James Scheibe
4211 Clay Hill Dr # 810
Houston, TX 77084 4092

*** Transcript issued to student.

TOTAL TRANSFER LAW HOURS = 42.00

ATTENDED: MARQUETTE UNIVERSITY
RECEIVED: BACHELOR OF SCIENCE MARQUETTE UNIVERSITY   05/19/1991

SPRING SEMESTER 1993 LA LAW

| Course | Title | Hours | Grade |
|---|---|---|---|
| LAW 5308 | OCCUPATIONAL HEALTH LAW | 3.00 | B- |
| LAW 5220 | LAW AND MEDICINE | 3.00 | B- |
| LAW 5315 | HEALTH LAW CLINIC I | 3.00 | S |
| LAW 5334 | COMMERCIAL TRANSACTIONS | 3.00 | C+ |
| LAW 5376 | BUSINESS ORGANIZATIONS | 4.00 | B- |
| LAW 5421 | | | |

LAW HRS ATMPT= 16.00   HRS CMPLT= 16.00   GRADE POINTS = 33.69   GPA = 2.59

FALL SEMESTER 1993 LA LAW

| Course | Title | Hours | Grade |
|---|---|---|---|
| LAW 5220 | PROCEDURE III | 2.00 | C |
| LAW 5169 | INSURANCE | 3.00 | C- |
| LAW 5383 | FAMILY LAW | 3.00 | C |
| LAW 5559 | FEDERAL INCOME TAX | 4.00 | C |
| LAW 7255 | SEM: HEALTH CARE POLICY | 2.00 | B |
| LAW 7397 | SEM: LEGAL ASPECTS OF BIOETHICS | 3.00 | B |

LAW HRS ATMPT= 17.00   HRS CMPLT= 17.00   GRADE POINTS = 41.00   GPA = 2.41

SPRING SEMESTER 1994, LA LAW

| Course | Title | Hours | Grade |
|---|---|---|---|
| LAW 512? | MOCK TRIAL | 1.00 | S |
| LAW 5304 | CRIMINAL PROCEDURE | 3.00 | C |
| LAW 5332 | ADMINISTRATIVE LAW | 3.00 | C+ |
| LAW 5396 | TRIAL ADVOCACY | 3.00 | B- |
| LAW 5397 | LANDLORD AND TENANT | 3.00 | C- |

**** CONTINUED ON NEXT PAGE ****

IN ACCORDANCE WITH THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT OF 1974, THIS INFORMATION IS RELEASED ON THE CONDITION THAT YOU...

Case: 3:05-cv-00180-bbc   Document #: 22-2   Filed: 02/07/06   Page 13 of 32

# UNIVERSITY OF HOUSTON
Houston, Texas 77204-2161

## ACADEMIC TRANSCRIPT

01/25/96
PAGE 2
SSN: 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

Trenton James Scheibe

SPRING SEMESTER 1994 CONTD.

LAW HRS ATMPT= 13.00   HRS CMPLT= 13.00   GRADE POINTS = 27.99   CPA = 2.33

DOCTOR OF JURISPRUDENCE
MAJOR: LAW
AWARDED 05/18/1994

FALL SEMESTER 1995   LA LAW
CHEM3331   FUND OF ORGANIC CHEM   GRADE POINTS=   3.00   P

UNGR HRS ATMPT= 3.00   HRS CMPLT= 0.00   GRADE POINTS=   0.00   GPA= 0.00

HRS ATMPT= 46.00   HRS COMPLETED = 46.00   LAW CUMULATIVE TOTALS   GRADE POINTS = 102.68   CPA = 2.44

UNDERGRADUATE CUMULATIVE TOTALS
HRS ATMPT= 3.00   HRS COMPLETED = 0.00   GRADE POINTS = 0.00   GPA = 0.00

***** END OF TRANSCRIPT *****

OFFICIAL TRANSCRIPT ONLY IF REGISTRAR'S SIGNATURE, EMBOSSED UNIVERSITY SEAL AND DATE ARE AFFIXED.

THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT PROVIDES THAT THIS TRANSCRIPT IS NOT TO BE RELEASED TO ANY OTHER PERSON OR AGENCY WITHOUT WRITTEN CONSENT OF THE STUDENT.

UNIVERSITY OF WISCONSIN — MILWAUKEE TRANSCRIPT

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

BROWN MARK MAY INDICATE UNAUTHORIZED ALTERATION — CALL UWMIF ALTERATION IS SUSPECTED

UNIVERSITY OF WISCONSIN — MILWAUKEE TRANSCRIPT

ISSUED TO STUDENT

END OF RECORD

The University of Texas Health Science Center at Houston
P.O. Box 20036, Houston, Texas 77225

NAME: TRENTON JAMES SCHEIBE
SID: 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
BIRTH: 1968/12/19

PAGE: 1 OF 1
OCTOBER 13, 2003

| COURSE | DESCRIPTION | GRADE | HOURS |
|--------|-------------|-------|-------|
| **DEGREES AWARDED** | | | |
| DOCTOR OF MEDICINE | | | |
| CONFERRED 2002/08/31 | | | |
| | MEDICAL YEAR 1997 - 1998 | | |
| | MEDICAL SCHL   MDMED | | |
| BSCI 1003 | DEVELOPMENTAL ANATOMY | P | |
| BSCI 1004 | HISTOLOGY | MP | |
| BSCI 1004 | HISTOLOGY REMEDIATION | P | |
| BSCI 1005 | NEUROSCIENCE | MP | |
| BSCI 1005 | NEUROSCIENCE REMED | P | |
| BSCI 1010 | IMMUNOLOGY | P | |
| | MEDICAL YEAR 1998 - 1999 | | |
| | MEDICAL SCHL   MDMED | | |
| BSCI 1001 | BIOCHEMISTRY | P | |
| BSCI 1002 | GROSS ANATOMY | P | |
| BSCI 1005 | MICROBIOLOGY | P | |
| BSCI 1006 | NEUROSCIENCE REPEAT | P | |
| BSCI 1007 | PHYSIOLOGY | P | |
| BSCI 1011 | INTRO CLINICAL MEDICINE | HP | |
| | MEDICAL YEAR 1999 - 2000 | | |
| | MEDICAL SCHL   MDMED | | |
| BSCI 2001 | BEHAVIORAL SCIENCES | P | |
| BSCI 2004 | PATHOLOGY | P | |
| BSCI 2005 | PHARMACOLOGY | MP | |
| BSCI 2005 | PHARMACOLOGY REMED | P | |
| BSCI 2007 | GENETICS | P | |
| BSCI 2008 | PHYSICAL DIAGNOSIS | P | |
| BSCI 2009 | FUNDAMENTAL CLIN MEDICINE | HP | |
| BSCI 2025 | REPRODUCTIVE BIOLOGY | P | |
| TSKI 2001 | TECH SKILLS (PASS/FAIL) | P | |

| COURSE | DESCRIPTION | GRADE | HOURS |
|--------|-------------|-------|-------|
| | MEDICAL YEAR 2000 - 2001 | | |
| | MEDICAL SCHL   MDMED | | |
| INTM 3001 | MEDICINE | MP | |
| OBGY 3001 | OBSTETRICS/GYNECOLOGY | P | |
| PED 3001 | PEDIATRICS | P | |
| PSYC 3001 | PSYCHIATRY | HP | |
| RAD 3001 | RADIOLOGY (P, F ONLY) | P | |
| SURG 3001 | SURGERY | P | |
| | MEDICAL YEAR 2001 - 2002 | | |
| | MEDICAL SCHL   MDMED | | |
| AWAC 4001 | ELECTIVE PRIVATE MD | H | |
| FAPR 3001 | FAMILY PRACTICE | HP | |
| FAPR 4000 | REQUIRED FAMILY PRACTICE | P | |
| INFD 3001 | PEDI/ADULT INFD-HRMN/LBJ | HP | |
| INTM 3001 | MEDICINE REMEDIATION | F | |
| INTM 3001 | MEDICINE REPEAT | MP | |
| JURI 4001 | MED JURISPRUDENCE | P | |
| NEUR 4000 | REQUIRED NEUROLOGY | HP | |
| PATH 4001 | REQUIRED SURGERY | P | |
| RAD 4010 | EMERGENCY RADIOLOGY | P | |
| SURG 4013 | PLASTIC SURGERY | P | |
| TSKI 4001 | TECH SKILLS (PASS/FAIL) | P | |
| | MEDICAL YEAR 2002 - 2003 | | |
| | MEDICAL SCHL   MDMED | | |
| INTM 4000 | REQUIRED MEDICINE | HP | |
| PATH 4007 | CLINICAL PATHOLOGY | P | |

***END OF ACADEMIC RECORD***

***NO FURTHER ENTRIES IN THIS COLUMN***

** - INDICATES "IN PROGRESS" DURING THIS ACADEMIC PERIOD

In accord with the Family Rights and Privacy Act of 1974, this information is being released on the condition that you will not permit any other party to have access to this transcript without written consent of individual involved.

This official university transcript is printed on secured paper and does not require a raised seal.

Lois B. Monroe, Registrar



**National Board of Medical Examiners®**
3750 Market Street
Philadelphia, PA 19104-3102
215.590.9500

## -Confidential-

October 27, 2004

Trenton J. Scheibe
1529 N Peach Ave
Marshfield, WI 54449

RE: USMLE Step 2 CK                                   USMLE ID#: 5-058-603-1

Dear Mr. Scheibe:

The National Board of Medical Examiners (NBME) processes requests for test
accommodations on behalf of the United States Medical Licensing Examination (USMLE)
program. We have received your request for test accommodations for Step 2 Clinical
Knowledge (CK). This letter serves as your acknowledgement that the processing of your
request has begun.

We will review the documentation received with your request and will contact you if any
additional information is necessary. You can find information about test accommodations on
USMLE and guidelines for submitting requests at www.usmle.org. When our review of your
request is complete, you will be advised in writing of the decision.

Please note that if your eligibility period begins before a decision regarding your
accommodations is made, we will extend your eligibility period for a full three months. You
may decline this extension in your eligibility period, by contacting your case coordinator.

**To protect your confidentiality, we do not provide information concerning the decision
by telephone.** However, if you have any other questions, you may call me at
(215) 590-9509.

Sincerely,

Joy C. Orlemann
Case Coordinator, Disability Services

JO/rb

Disability Services
215-590-9509
215-590-9422 (Fax)

Exhibit No. 11



**National Board of Medical Examiners®**
**3750 Market Street**
**Philadelphia, PA 19104-3102**
**215.590.9500**

**N**
**B**
**M**
**E®**

-Confidential-

November 10, 2004

Trenton J. Scheibe
1529 N Peach Ave
Marshfield, WI 54449

RE: USMLE Step 2 CK                    USMLE ID#: 5-058-603-1

Dear Mr. Scheibe:

We have conducted a preliminary review of your request for test accommodations for the United States Medical Licensing Examination (USMLE) Step 2 Clinical Knowledge (CK). However, the information you submitted is incomplete and we are therefore unable to make an informed decision about your request at this time.

In order for us to accurately evaluate your request, please have your evaluator, Dr. Fred W. Theye, provide *age-based standard scores* for all *Woodcock-Johnson III (WJ-III)* academic achievement tests and subtests administered during your August 2004 neuropsychological evaluation. This information will assist us in determining whether you are a covered individual as defined by the Americans with Disabilities Act and if so, what accommodations would be appropriate.

Please refer to the USMLE Guidelines for a comprehensive description of how to document a need for accommodation and discuss this information with your evaluators to assist you in compiling complete and comprehensive documentation. The Guidelines may be accessed on the National Board of Medical Examiners website at www.nbme.org. Click on "The United States Medical Licensing Examination (USMLE)," then choose "USMLE Test Accommodations for Step 1, Step 2 CK & Step 2 CS Applicants."

We will place your request for accommodations on hold until we receive sufficient additional documentation or your current eligibility period expires, whichever is sooner. Your current eligibility period ends on January 31, 2005. If you will not be able to provide additional information by this date, please contact your case coordinator, Joy C. Orlemann, at 215-590-9509.  If we do not receive additional information from you before the end of your eligibility period, upon the expiration of your eligibility period your request for test accommodations will be cancelled and your registration will be processed under standard conditions. If you do not plan to submit more information and would like your registration released prior to the expiration of your eligibility period, please fax a statement to that effect to 215-590-9422 and call 215-590-9509 to confirm receipt.

Exhibit No. 12

Please send additional information to:

> USMLE Disability Services
> 3750 Market Street
> Philadelphia, PA 19104

You may fax your material to 215-590-9422. Please call 215-590-9509 to verify receipt.
If you have any other questions, please contact your case coordinator at 215-590-9509.

Sincerely,

J. Abram Doane, MA, JD
Manager, Disability Services
ADA Compliance Officer, Testing Programs

JO



## MARSHFIELD CLINIC.

NEUROSCIENCES

November 23, 2004

Trenton James Scheibe
1529 N Peach Ave
Marshfield WI 54449

RE: Trenton Scheibe
MHN: 264213
DOB: 12/19/1968

Dear Dr. Scheibe:

This letter is being written in response to your request. I understand that the National Board of Medical Examiners have requested age-based standard scores for the Woodcock-Johnson Achievement Test. Below please find those scores:

Letter Word Identification 105
Reading Fluency 101
Math Fluency 113
Spelling 115
Writing Fluency 124
Passage comprehension 116

I hope this information will be of assistance to you in your application. If you have any need for further information, please feel free to contact me.

Sincerely yours,

Fred W. Theye, Ph.D.
Department of Clinical Neuropsychology

FWT:mm

www.marshfieldclinic.org

**Exhibit No. 13**



**National Board of Medical Examiners®**
3750 Market Street
Philadelphia, PA 19104-3102
215.590.9500                    **-Confidential-**

December 7, 2004

Trenton J. Scheibe
1529 N Peach Ave
Marshfield, WI 54449

RE: USMLE Step 2 CK                    USMLE ID#: 5-058-603-1

Dear Mr. Scheibe:

This letter is pursuant to our telephone conversation on November 30, 2004 and your subsequent request on December 2, 2004 to have this information in writing to show to your evaluators.

Please have your evaluator, Dr. David Lachar, submit scaled scores for the *Nelson-Denny Reading Test* (NDRT) administered on your 2001 assessment. Additionally, all scores from the academic achievement tests for the 2001 evaluation should be reported using *age norms*. This information will assist us in determining whether you are a covered individual as defined by the Americans with Disabilities Act and if so, what accommodations would be appropriate.

Please send additional information to:

> USMLE Disability Services
> 3750 Market Street
> Philadelphia, PA 19104

You may fax your material to 215-590-9422. Please call 215-590-9509 to verify receipt.

If you have any other questions, please contact me at 215-590-9509.

Sincerely,

Joy Orlemann
Case Coordinator, Disability Services
JO

**Exhibit No. 14**

Current Elect.      FAX  715-387-6222                    PAGE 01

# COVER SHEET
## *Personal & Confidential*

TO:  National Board of Medical Examiners          FROM:  Trenton J. Scheibe

__Attn:  Joy Orlemann _____   __

FAX No.:  __215-590-9422____  _____          PHONE/FAX:  715-387-3227

# PAGES:  ___3__  __ (including coversheet)

COMMENTS:_____Attached is the requested information from Dr. David Lachar._ _

RECEIVED
DEC 1 4 2004
Disability Services

msn Hotmail®

Exhibit No. 15

Filed: Tuesday, December 14, 2004 1:09 PM

**From :** David Lachar <david.Lachar@uth.tmc.edu>
**Sent :** Wednesday, December 8, 2004 4:40 PM
**To :** trentscheibe@hotmail.com
**Subject :** Your evaluation.

Dear Dr. Scheibe:

Perhaps you could forward this note to NBME. Otherwise I can fax
something to them.

I am sorry to hear of your difficulties obtaining extended time to
take Step 2. NBME appears to not want to make such a determination, and
their consultant, Dr. Featherman, describes the necessary disability
that would prevent even the most motivated student from completing
medical school.

It is first very important for all to understand how one diagnoses a
reading disability in an adult who is in medical school. That is, what
does a problem reader look like all grown-up and able to function in a
medical school? The most likely residual problem is a slow reading
rate. What are you asking for? Help to compensate for your slow
reading so that you will read every item · not easy items because you
have a cognitive limitation. Anyone wishing to discuss this issue with
a national expert in reading disability should consult with Dr. Jack
Fletcher of our Pediatrics department, who provided this wisdom.

As to the report and the Nelson Denny. All scores were (if they
were not so provided) converted to standard scores of M = 100 and sd =
15; this allows all values to be compared to the Wechsler IQ scores. In
this way we compare a reading rate of approximately 81 (from my chart)
to a verbal IQ of 113 (a 32-point difference). This is the
demonstration that you read slowly, not that you can't understand the
written word (who would want such a person practicing medicine?). As
for the Nelson Denny for those who must have manual scores, see table
on page 38 for end of four-year college: Reading rate = 185 = 10th
percentile for college graduates (i.e. slow reader), Vocabulary
= 74/80
= 248 (page 21) = 77th percentile (page 38), and Comprehension =
54 =
216 (page 21) = 23rd percentile, with Total = 128 = 234 (page
21) = 43rd

RECEIVED

DEC 1 4 2004

Disability Services

Scaled Score

pooled norms

residual in an
otherwise bright individual. (Note that Mr. Doane is requesting the age
standard scores of Dr. Theye's August 2004 evaluation, not mine.)

If this not sufficient, it would be interesting for the board to
disclose the performance of graduating physicians who obtained extra
time to complete Step 2. Who are these individuals and can they
otherwise be expected to demonstrate the cognitive judgement to make
competent clinical decisions? I'm willing to give my doctor more time
to read a journal article or book, I'm not willing to have a doctor who
has compromised analytic ability or judgment.

Cordially,

David Lachar, Ph.D.
Professor
University of Texas Mental Sciences Institute
1300 Moursund
Houston, Texas 77030
713 500-2600

RECEIVED

DEC 1 4 2004

Disability Services



THE UNIVERSITY *of* TEXAS

HEALTH SCIENCE CENTER AT HOUSTON

MEDICAL SCHOOL

DEPARTMENT OF PSYCHIATRY &
BEHAVIORAL SCIENCES

1300 Moursund
Houston, Texas 77030

713 500 2500
713 500 2530  *fax*

December 16, 2004

**RECEIVED**

**DEC 2 3 2004**

**Disability Services**

Joy Orlemann
Case Coordinator, Disability Services
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA  19104-3102

RE: USMLE Step 2 CK ID# 5-058-603-1 (Trenton J. Scheibe)

Dear Ms. Orlemann:

This note is in response to your request to Mr. Scheibe of 7 December.  Please note that I am not privy to any other evaluation of Mr. Scheibe.

Of first importance is to understand our use of "standard scores" on reports from our clinic.  We have adopted the habit of transforming all ability and achievement scores into age standard scores with a mean of 100 and a standard deviation of 15.

As to your request for standard scores of the Nelson-Denny Reading Test administered fall of 2001 we have for college graduates the following:

| Dimension (manual page) | Raw Score | "Standard Score" (pp. 21 & 23) | Percentile (p. 38) |
|---|---|---|---|
| Reading Rate | 185 | 188 | 14th |
| Vocabulary | 74 | 248 | 77th |
| Reading Comprehension | 54 | 216 | 23rd |
| Total | 128 | 234 | 43rd |

It is very important for all to understand how one diagnoses a reading disability in an adult who is in (or better yet, has successfully completed ) medical school.  That is, what does a problem reader look like all grown-up and able to function in a medical school?  The most likely residual problem is a slow reading rate.  What narrow accommodation is being requested?  Help to compensate for this slow reading rate so that the applicant will have the opportunity to at least read every item of the test when it is

*Located in the Texas Medical Center*

**Exhibit No. 16**

Re: Trenton Scheibe   December 16, 2004                                          2

administered (or at least to read the average number of items completed by candidates who successfully complete the test) -- not a different set of easier items because of a cognitive limitation (versus a residual processing deficit).  Anyone wishing to discuss this issue with a national expert in reading disability should consult with Dr. Jack Fletcher of our Pediatrics department, who has provided this wisdom.

As to the second question, the report provides grade equivalents and age standard scores (there are no post-graduate standard scores).  As noted in the report, the pattern of non-reading (mathematics) being one standard deviation above reading scores is consistent with a problematic residual in an otherwise bright individual.

If such data are deemed insufficient to allow this basic accommodation, it would be interesting for the board to disclose the performance of graduating physicians who have been given extra time to complete the Step 2 examination.  Who are these individuals and can they otherwise be expected to demonstrate the cognitive judgment to make competent clinical decisions?  I'm willing to give my doctor extra time to read a journal article or book; I'm not willing to rely on the medical decisions of a doctor who has compromised analytic ability or judgment.

Sincerely,

*David Lachar*

David Lachar, Ph.D.
Professor
University of Texas Mental Sciences Institute
1300 Moursund
Houston, Texas 77030
713 500-2600


cc: Trenton Scheibe, 1529 N. Peach Avenue, Marshfield, WI 54449

National Board of Medical Examiners
Consultant Review Form

Consultant: STEVEN G. ZECKER, PHD               Case Review Hours: <u>3.25</u>

Due Date: 1/19/05                               Conference Hours: <u>0</u>

Examinee: Scheibe, Trenton James                USMLE Step 2 CK

USMLE ID#: 5-058-603-1


Diagnosis is NOT supported by the documentation

Accommodation is NOT supported and justified

RECEIVED

JAN 2 0 2005

Disability Services

**Exhibit No. 17**

**Steven G. Zecker, Ph.D.**
**Clinical Psychologist**
**2103 Ridge Avenue**
**Evanston, Illinois 60201**
**(847) 866-6933**

January 18, 2005

J. Abram Doane, M.A., J.D.
Manager, Disabilities Services
National Board of Medial Examiners
3750 Market Street
Philadelphia, PA 19104

Dear Mr. Doane:

I am writing concerning the materials submitted to your office by Trenton James Scheibe, M.D., who has requested special accommodations for taking Step 2 (Clinical Knowledge) of the United States Medical Licensing Exam (USMLE). Specifically, in his request, Dr. Scheibe indicates that he has been diagnosed with learning disabilities (reading disorder), and that because of these disabilities he requires an extended time (double-time) testing accommodation to allow him to successfully complete Step 2 (CK) of the USMLE. Dr. Scheibe reports that he has a history of having received a similar accommodation during his medical school career at the University of Texas-Houston Medical School.

In support of his request for an extended time accommodation, Dr. Scheibe has submitted considerable supporting documentation, including 1) a personal statement, dated 10-19-04, indicating his reasons for submitting this request; 2) Dr. Scheibe's completed "Request for Test Accommodations" form, dated 10-19-04;  3) a 'Questionnaire for USMLE Step 1 and Step 2 Applicants Requesting Test Accommodation' form, completed and signed by Dr. Scheibe on 1/6/03; 4) a 'Certification of Prior Test Accommodations' form, dated 1-6-03, from M.C. McNeese, Associate Dean of Student Affairs at the University of Texas-Houston Medical School, verifying that Dr. Scheibe had received an extended time accommodation while a student in medical school; 5) the results of a psychological assessment conducted in September and October 2001 by D. Lachar, Ph.D., psychologist and Professor at the University of Texas-Houston Medical School; 6) an email from Dr. Lachar to Dr. Scheibe, dated 12-8-04, in which he explains the diagnostic process he used in the 2001 evaluation; 7) the results of a neuropsychological evaluation conducted in August 2004 by F.W. Theye, Ph.D., a psychologist in the Department of Clinical Neuropsychology at the Marshfield Clinic in Marshfield, Wisconsin; 8) a letter to Dr. Scheibe from Dr. Theye, dated 11-23-04, in which he provides scores based on age-based norms from the August 2004 evaluation; 9) a letter from C.M. Featherman, Ph.D. Assistant Vice President, Examinee Support Services at NBME, dated 3-24-03, in which she informs Dr. Scheibe that his earlier request for accommodations on Steps 1 and 2 of the USMLE had been denied; 10) a letter from your office, dated 11-10-04, in which you

describe to Dr. Scheibe the type of updated information he would need to submit to the NBME as a part of his request for accommodations; 11) a letter to Dr. Scheibe from J. Orlemann, Case Coordinator in Disability Services at the NBME, dated 12-7-04, in which she requests that Dr. Scheibe obtain additional information from Dr. Lachar regarding the scores reported in his 2001 assessment; 12) a letter from Dr. Lachar to Ms. Orlemann, dated 12-16-04, in which he provides the requested scores and offers additional support for Dr. Scheibe's request for accommodations; 13) photocopies of Dr. Scheibe's school transcripts from a) elementary school in Sheboygan, Wisconsin (1974-1981), b) high school in Marshfield, Wisconsin (1984-1987), c) undergraduate college years at Marquette University and the University of Wisconsin-Milwaukee (1987-1991), d) law school at Marquette University and the University of Houston (1991-1995) and e) medical school at the University of Texas-Houston Medical School (1997-2003); and 14) the results of previous standardized testing, including a) Stanford Achievement Test results from 1978, 1979, 1980 and 1981, b) Differential Aptitude Test results from 1982 and 1983, and c) Stanford Test of Academic Skills results from 1984 and 1986.

According to the documentation provided by Dr. Scheibe, he had no previous history of evaluations before 2001. He states that he has always been a slow reader and that he frequently found it difficult to complete assignments and examinations in the time allowed. Despite this reported difficulty, Dr. Scheibe was a highly successful student throughout his early academic career. A review of the transcripts he provided indicates mostly grades of 'A' with some grades of 'B' while an elementary school student. In high school he received no grade lower than 'A-' and graduated 6th in a class of 281 students. Significantly, this was apparently achieved without educational accommodations of any type. He obtained consistently good grades (all within the 'A' and 'B' range) in his undergraduate work at Marquette University and graduated cum laude with a 3.53 grade point average, again without having received accommodations. In law school his grades were in the 'A/B' range while attending Marquette University and in the 'B/C' range following his transfer to the University of Houston. While in medical school, Dr. Scheibe was required to repeat two courses but obtained otherwise passing grades. Concerns about his difficulties in medical school, especially on board examinations, led him to seek a psychological evaluation from D. Lachar, Ph.D. at the University of Houston in September and October 2001.

Dr. Lachar's evaluation of Dr. Scheibe's mental ability (using the Wechsler Adult Intelligence Scale-III (WAIS-III)) indicated that his Verbal IQ score (113) placed him in the High Average range, while his Performance (nonverbal) abilities were higher (124) and fell within the Superior range. Dr. Scheibe's overall mental ability fell at the upper end of the High Average range (119), a score that is identical to one obtained on the Otis-Lennon intelligence test when Dr. Scheibe was in sixth grade (according to his elementary school transcript). All index scores on the WAIS-III were in the High Average to Superior range. Dr. Lachar's testing further indicated that Dr. Scheibe was performing in the Average level or higher in all tests measuring memory functioning and in the Average to Superior range on a number of tests assessing reading and mathematical skills. According to Dr. Lachar's report, Dr. Scheibe did score poorly on one measure of reading, the Nelson-Denny Reading Test. On this measure, Dr. Scheibe's vocabulary was determined to be High Average, his comprehension Average, and reading rate Low Average. Dr. Lachar appears to rely heavily on Dr. Scheibe's low reading rate score in providing Dr. Scheibe with the diagnosis of Reading Disorder. Unfortunately, the reading rate score from the Nelson-Denny is problematic; it is obtained by simply asking the examinee to report how many words he has read during a single 60-second interval. It tends

to not be a reliable measure and a number of studies have questioned its validity as a measure of reading speed. The use of the Nelson-Denny in the diagnostic setting is discouraged by many professionals. Moreover, the reliance on a single score to provide a diagnosis is a practice that may lead to errors in diagnostic decision making. I note from the score summary sheet provided by Dr. Lachar that all other tests of reading administered (from the Woodcock-Johnson Psychoeducational Battery-3rd Edition: WJ-III) yielded scores in the Average range or higher. Importantly, Dr. Scheibe's score on the WJ-III's Reading Fluency measure, a different (and more technically sound) measure of reading speed and fluency, fell at the lower limits of the High Average range (standard score of 110). In my opinion, these results are not consistent with the diagnosis of Reading Disorder using the DSM-IV criteria. All other scores reported by Dr. Lachar in his report fall within the Average range or higher, with many at least one standard deviation above average. In conclusion, Dr. Lachar's testing did not provide evidence to support Dr. Scheibe's claim that he had significant learning disabilities that would qualify him for accommodations under the Americans with Disabilities Act (ADA).

In Dr. Scheibe's most recent evaluation, completed by Dr. Theye in August 2004, the results again led to the diagnosis of Reading Disorder. In reviewing Dr. Theye's report, I note that much of his discussion is not of current test results, but rather his interpretation of Dr. Lachar's results as well as those obtained on standardized tests while Dr. Scheibe was an elementary school student. Dr. Theye carefully discusses a number of these latter scores, which he states are indicative of a learning disability. I would begin my criticism of this approach by pointing out that these types of group administered achievement tests are not considered useful in the diagnosis of learning disabilities; they lack the necessary reliability (and hence, validity) to serve that role. Additionally all of Dr. Theye's discussion of these scores focuses on relative weaknesses and discrepancies among scores and not the degree of impairment relative to average functioning individuals. For example, in the seventh grade, Dr. Scheibe received a 'total reading' standard score on the Stanford Achievement Test that placed him at the 84th percentile, a result that puts him solidly within the High Average range. He obtained a 'total math' score on this same test that placed him in the Very Superior range (at the 99th percentile). Dr. Theye appears to use this difference in test scores to support the diagnosis of a reading disorder; that is, because Dr. Scheibe scored substantially lower on the total reading score than the total math score, he must therefore have had a reading disorder, according to Dr. Theye's thinking. However, Dr. Theye is not considering the fact that the reading score is solidly above average, and that such a score cannot be taken as indicative of a disability. It does appear that Dr. Scheibe's math skills were stronger than his reading skills at that time, but such variability across scores is commonplace among children and adults and is not by itself indicative of a disability in any way. My review of all of the standardized test scores shows that all showed that Dr. Scheibe had at least average achievement, regardless of the grade in which the testing was completed or the subject being tested. This is also not a result that is supportive of a diagnosis of a learning disability. Dr. Theye did administer six reading-related tests from the Woodcock-Johnson Psychoeducational Battery-3rd Edition and the Wechsler Individual Achievement Test-2 (WIAT-2). I note from Dr. Theye's report that all of these measures (which assessed word identification, reading rate and fluency and comprehension) yielded scores that placed Dr. Scheibe in the Average range or higher. Dr. Theye states that the WJ-III Reading Fluency score (a percentile of 54, which corresponds to a standard score of 102) is "remarkable" in comparison to Dr. Scheibe's other, higher, scores. Again, this score is somewhat lower (although not significantly so) than Dr. Scheibe's word identification and comprehension scores, but it is Average and as such can not be taken as evidence for a disability that causes a significant functional

impairment in comparison to others of the same age from the general population.

To qualify for the requested accommodation under the Americans with Disabilities Act (ADA) it must have been demonstrated that Dr. Scheibe is unable to learn and achieve without accommodation at an average or better level in comparison to a representative sample of his peers from the general population. However, in evaluating all of the information provided by Dr. Scheibe to support his request for an extended time accommodation, I did not see sufficient evidence to support the diagnosis that has previously been provided, and as a result, I do not consider Dr. Scheibe's request for this accommodation to be warranted. Thus, my recommendation is that you deny Dr. Scheibe' request for accommodations for Step 2 (CK) of the USMLE.

Please feel free to contact me again if you have any questions about my evaluation of Dr. Scheibe's submitted documentation or if I may provide you with any additional information regarding Dr. Scheibe's request for accommodations.


Sincerely;




Steven G. Zecker, Ph. D.
Clinical Psychologist
Illinois Registration 071-003595



**National Board of Medical Examiners®**
**3750 Market Street**
**Philadelphia, PA 19104-3102**
**215.590.9500**

<u>**CONFIDENTIAL**</u>

January 24, 2005

Trenton J. Scheibe
1529 N Peach Ave
Marshfield, WI 54449

RE: USMLE Step 2 CK          USMLE ID#: 5-058-603-1

Dear Dr. Scheibe:

We have carefully reviewed your request for test accommodations for the United States Medical Licensing Examination (USMLE) Step 2 Clinical Knowledge (CK) and accompanying material in accordance with USMLE guidelines for examinees with disabilities and within the framework of the Americans with Disabilities Act (ADA). We consulted an expert in the field of disorders of learning to assist us in reviewing the documentation.

Learning difficulties of sufficient severity to substantially compromise reading and learning are generally recognized as being developmental in nature. Consequently, it is expected that chronic and pervasive difficulties with learning will emerge during childhood. Individuals with learning disabilities typically present a long history of academic difficulties and poor achievement dating back to elementary school. The documentation that you provided does not indicate that you have had a longstanding history of an inability to read at a level commensurate with same age peers. You have not provided any original school records verifying childhood learning problems, psychological testing, or identification for special services.

Professionally recognized diagnostic standards for a learning disability presume the existence of an underlying central nervous system dysfunction which is reflected in normative deficits in cognitive functioning and in related areas of academic functioning. Additionally, the *Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition (DSM-IV)* diagnostic criteria include the requirement that the disturbance "significantly interfere with academic achievement." Although you report that you have always been a slow reader, your history of academic progress does not indicate that you experienced substantial difficulties in your ability to read and learn. On the contrary, the records you provided indicate that you achieved grades of A and B in elementary school and no grade lower than A- in high school, ranking 6th in your senior class of 281 students. You performed in the Average range and above on timed, standardized tests without accommodations, such as the Stanford Achievement Test, the ACT, and SAT. Your college transcripts indicate that you graduated with honors from Marquette University with a grade point average of 3.53, and achieved a law degree from the University of Houston, all without accommodations. It appears that you did not seek evaluation or accommodation prior to your fourth year of medical school in 2001.

In his letter dated December 16, 2004, Dr. David Lachar provided your October 2001 *Nelson Denny Reading Test (NDRT)* scores which indicate High Average range vocabulary, Average range comprehension, and Low Average range reading speed. While your evaluators appear to

**Exhibit No. 18**

rely heavily on the *NDRT* Reading Rate score in their diagnostic assignment of Reading Disorder, the *NDRT* is a screening test not intended for individual diagnosis. In addition, the *NDRT* Reading Rate is not considered a reliable measure of reading efficiency as it is determined on the basis of a single, one-minute sample of words-per-minute. All other tests of reading administered by Dr. Lachar and Ms. Gonzalez yielded scores in the Average range or higher. Furthermore, your performance on the *Woodcock-Johnson, Third Edition (WJ-III)* Reading Fluency subtest, a different and more technically sound measure of reading speed and fluency, fell at the lower limits of the High Average range.

According to your August 2004 evaluation report, your performances on all administered reading related subtests from the *WJ-III* and the *Wechsler Individual Achievement Test, Second Edition (WIAT-II)* fell in the Average range or higher. Your evaluator, Dr. Fred W. Theye, appears to base his diagnosis of Reading Disorder on reported discrepancies between and among your performances on various measures of intellectual ability and academic achievement. While relative differences may exist among your scores, they are all well within the range of average functioning and do not demonstrate cognitive or academic deficits that substantially impair your ability to read or learn compared to same age peers in the general population.

Accommodations are intended to provide equal access to the USMLE testing program for individuals who are covered under the Americans with Disabilities Act (ADA). A diagnostic label, in and of itself, does not establish coverage under the ADA. Regulatory decisions and case law have established that the ADA covers individuals who are "substantially limited" in a major life activity as the result of a disability. Determination of whether an individual is substantially limited in functioning as compared to most people is based on assessment of the current impact of the identified impairment. Performance on standardized tests and attending medical school are not defined by the law or accompanying regulations as major life activities. Working harder than others and performing below one's expectations on standardized examinations in a competitive academic environment are highly subjective judgments that even if possible to quantify, are not reflective of impaired functioning.

Overall, the documentation that you provided indicates at least average performances on a range of cognitive and academic tasks and does not demonstrate any deficits that substantially impair your ability to read or learn. Based on the information that you have provided, it appears that you are not substantially impaired in one or more major life activities. Your documentation does not demonstrate that you meet the Americans with Disabilities Act standard of disability. Consequently, I must inform you that we are unable to provide you with the requested accommodations.

We will advise Applicant Services to process your exam application without test accommodations. You may inquire at usmlereg@nbme.org or call Applicant Services directly at (215) 590-9700 with any questions about your scheduling permit.

Sincerely,

J. Abram Doane, MA, JD
Manager, Disability Services
ADA Compliance Officer, Testing Programs

JAD/cef