Document Number Case Number
29 05-C-0180-C
United States District Court
Western District of Wisconsin
Theresa M. Owens

Filed/Received
03/20/2006 04:37:41 PM CST

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

TRENTON SCHEIBE,

Plaintiff,

v. Case No. 05-C-180-C

NATIONAL BOARD OF MEDICAL EXAMINERS,

Defendant.

---

**AFFIDAVIT OF GERARD F. DILLON, PH.D.**

---

STATE OF PENNSYLVANIA )
) ss.
COUNTY OF PHILADELPHIA )

I, Gerard F. Dillon, being first duly sworn on oath, depose and state that:

1. I am an adult resident of the state of Pennsylvania. I am the Associate Vice President, United States Medical Licensing Examination ("USMLE™") at the National Board of Medical Examiners ("NBME").

2. NBME has developed software, known as FRED™, for delivery of the computer-based components of the USMLE™.

3. The NBME software allows examinees to highlight and strike out item text as well as to annotate items on the computer-based multiple choice sections of USMLE™. The annotation feature allows examinees to type brief notes electronically about individual items

while taking the exam.

4. For all three steps of USMLE™, regardless of question format, examinees are provided with note boards or paper, which they can use to take notes during the examination. Examinees are not permitted to remove these materials from the testing center.

5. USMLE™ Step 3 is administered using the FRED™ software.

6. Examinees are encouraged to practice taking the examination using the FRED™ software by accessing sample materials available at the USMLE™ website and on the 2006 USMLE™ Orientation CD. A copy of USMLE™'s update on Test Delivery Software which appears on its website is attached hereto as Exhibit No. 1.

I have read the above statement consisting of six (6) numbered paragraphs and swear that the statements made therein are true and correct to the best of my personal knowledge.

Dated this 20th day of March, 2006.

Gerard F. Dillon

Subscribed and sworn to before me this 20th day of March, 2006.

Notary Public

My commission expires 11/16/09

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Patricia Weaver, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Nov. 16, 2009
Member, Pennsylvania Association of Notaries

Case: 3:05-cv-00180-bbc Document #: 29 Filed: 03/20/06 Page 3 of 4




Home
News
Bulletin of Information
Step 1
Step 2
Step 3
Application Materials
Test Accommodations
Orientation and Practice Materials
CBT Practice Session
Scores and Transcripts
FAQs
About USMLE
Contact USMLE

# United States Medical Licensing Examination™

## UPDATE ON TEST DELIVERY SOFTWARE

Updated: January 31, 2006

As previously published, the National Board of Medical Examiners® (NBME®) has developed new software for delivery of the computer-based components of USMLE™. The NBME software, known as FRED™, is replacing the software provided by Prometric, a division Thomson Learning, Inc.

The NBME software allows you to highlight and strike out item text as well as create annotations to items. The annotation feature allows you to record brief notes to yourself about individual items while you are taking the test; it is **NOT** intended as a way to communicate to USMLE staff members. There is no additional time granted for use of the highlighting, strike out, and annotation features provided by FRED, so you should closely monitor examination time when using them.

**Note to Step 1 and Step 2CK examinees:**
USMLE Step 1 and Step 2CK are delivered using the FRED software at all Prometric Test Centers in the United States and Canada. However, the installation of FRED for USMLE Step 1 and Step 2CK at **international test centers is not yet completed.** If you are preparing to take USMLE Step 1 and/or Step 2CK at a center **outside the United States and Canada**, you should practice with the sample test materials delivered using both the Prometric test delivery software and FRED.

Please monitor this page to check for updates to the schedule for implementation of new test delivery software.

**Note to Step 3 examinees:**
USMLE™ Step 3 is delivered using the FRED software.

**Note to all examinees about CBT Practice Sessions:**
Examinees who wish to experience some of the conditions of test administration can schedule time to review sample test materials at a Prometric Test Center for a fee. Although shorter than an actual USMLE examination and containing the same sample test materials provided by the USMLE registration entities and at the USMLE website, this option allows you to experience USMLE sample test materials in the same environment as your actual test. The sample materials available at the practice session will continue to appear in the Prometric software until further notice. Examinees who wish to practice with the actual FRED software should use the sample materials available at the USMLE website and on the 2006 USMLE Orientation CD.
Sample test materials for all three Step examinations are available at this website.



Return to News and Information Index



© 1996-2005
FSMB and NBME